**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHNSON<br>　　　　　　Plaintiff,<br>　　v.<br>CITY RESIDENTIAL LENDING, INC. and LIQUIDATION PROPERTIES, INC.,<br>　　　　　　Defendants.<br>_____ | Case No. EDCV 08-1191-VAP (OPx)<br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>July 3, 2009</u>　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　United States District Judge